United States District Court
Northern District of Alabama
Western Division

| United States of America, | ] |
|---|---|
| Plaintiff, | ] |
| vs. | ] |
| | ] 13-202-LSC |
| Terek Antone-Herron, | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Harwell G. Davis, III, United States Magistrate Judge entered the 20th day of September, 2013. This court has made a de novo determination of those findings and portions objected to by the Defendant in this case pursuant to 28 U.S.C. § 636(b)(1).

It is Ordered that the Report and Recommendation of the Honorable Harwell G. Davis, III, United States Magistrate Judge entered the 20th day of September, 2013 be accepted as entered. This court adopts the report and recommendation as the Order of this court as if the same were set forth at this point *in extenso*.

Done this 2nd day of October, 2013.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE